Issued Notice of Renewal to Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH ALLEN HUDDLESTON, an individual doing business as GOLD COAST MASONRY; GOLD COAST MASONRY, INC., a California corporation; SURETY COMPANY OF THE PACIFIC, a California corporation<br><br>Defendants. | CASE NUMBER:<br><br>CV 06-5001 GHK (SHx)<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT<br><br>[NO HEARING SCHEDULED] |

Judgment Debtor, KENNETH ALLEN HUDDLESTON, an individual doing business as GOLD COAST MASONRY; GOLD COAST MASONRY, INC., a California corporation (hereinafter referred to as "DEBTORS"), having had Judgment entered against DEBTORS on May 24, 2007.

NOW, upon Application of Plaintiff/Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a

fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR MASONRY INDUSTRY ADVANCEMENT; and CENTER FOR CONTRACT COMPLIANCE (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that DEBTORS have failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

The money judgment against DEBTORS is renewed in the amount of $14,958.62 as follows:

    a.    Total Judgment………………………………………… $11,051.41

    b.    Costs after Judgment……………………………… $     0

    c.    Less Credits after Judgment……………………… $     0

    d.    Interest after Judgment computed through September 2, 2014 at 4.86% accruing at $1.47 per day…………………………………….......$ 3,907.21

    e.    Total Renewed Judgment…………………………... $14,958.62

DATED: 9/17/2014



_Sharon Hall Brown_

CLERK OF THE COURT